IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv152

| | |
|---|---|
| RODNEY BOTKINS, ) ) Plaintiff, ) ) vs. ) ) MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY, ) ) ) Defendant. ) _____ ) | **ORDER** |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss [Doc. 27].

With the consent of both parties and for the reasons stated in the Motion,

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.

Signed: March 9, 2011

Martin Reidinger
United States District Judge